UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PETER TELFORD,                          | Case No.: 22cv1475-L-MSB |
|-----------------------------------------|--------------------------|
|     Plaintiff,      | **ORDER OF DISMISSAL**   |
| v.                                      |                          |
| U-HAUL INTERNATIONAL, INC.,             | **[ECF NO. 10]**         |
|     Defendant.      |                          |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's Request for Dismissal (ECF no. 10) is granted.  Accordingly, this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 3, 2023

_____
Hon. M. James Lorenz
United States District Judge